IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CATHY SIMPSON,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:17-CV-01590 TLN KJN<br><br>**ORDER** |

Good cause appearing, the parties' November 27, 2017 stipulation is granted. Defendants' motion to dismiss (ECF No. 14) is deemed withdrawn, and the corresponding March 8, 2018 hearing shall be taken off-calendar. Plaintiff shall file an amended complaint on or before January 12, 2018. The parties shall meet and confer and file a Joint Status Report, as set forth in the Court's August 1, 2017 order (ECF No. 3), on or before February 12, 2018.

　　IT IS SO ORDERED.

Dated: December 5, 2017

　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　United States District Judge