XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7343
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,** | 2:17-CV-01590 TLN KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Plaintiff, Cathy Simpson, and Defendants, Secretary Kernan, Warden Pfeiffer, Sergeant Moody, Officers Wilson and Fiori, Counselors Ventura and Goss, Lieutenant Phillips, and CDCR, through their counsel, hereby stipulate under Local Rule 144(a) to a twenty-eight-day extension of time for Defendants to file their initial response to Plaintiff's First Amended Complaint.

The reason for this stipulation is that defense counsel requires additional time to review Plaintiff's amended complaint and to draft and file the appropriate responsive pleading. The parties previously stipulated to an extension of time for Defendants to respond to Plaintiff's

original complaint. (ECF No. 13.) After Defendants filed a motion to dismiss, counsel for the parties conferred and stipulated to withdrawing the motion so that Plaintiff could file an amended complaint. (ECF Nos. 14 and 15.) Plaintiff has now filed her amended complaint. (ECF No. 17.) Defendants shall file their response on or before February 23, 2018.

The parties stipulated previously to extend the deadline for the filing of a joint status report; they stipulated that they would meet and confer, holding a Federal Rule of Civil Procedure 26(f) conference, and file a joint status report as set forth in this Court's August 1, 2017 Order (ECF No. 3), on or before February 12, 2018. (ECF No. 15, ¶ 3.) The instant stipulation leaves that deadline intact; the conference will still be held, and the joint status report will still be filed. The extension that is hereby stipulated to does not affect nor delay any other aspect of the case, including the timing and sequence of discovery that is otherwise dictated by Rule 26; this extension only affects the deadline for the Defendants to file a responsive pleading to Plaintiff's First Amended Complaint.

Dated: January 29, 2018                                  Respectfully submitted,

                                                         XAVIER BECERRA
                                                         Attorney General of California
                                                         CHRISTOPHER J. BECKER
                                                         Supervising Deputy Attorney General

                                                         /s/ *Joanna B. Hood*

                                                         JOANNA B. HOOD
                                                         Deputy Attorney General
                                                         *Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

Dated: January 29, 2018					Respectfully submitted,

									LAW OFFICE OF SANJAY S. SCHMIDT

									*/s/ Sanjay S. Schmidt*[*] (as authorized on 01/29/2018)

									SANJAY S. SCHMIDT
									*Attorney for Plaintiff Cathy Simpson*

**IT IS SO ORDERED.**

Dated: 1/31/2018

_____
Troy L. Nunley
United States District Judge

---

[*] Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

3

Defendants' Request for Extension of Time to Respond to Amended Complaint  (2:17-CV-01590 TLN KJN)