1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  JOANNA B. HOOD, State Bar No. 264078
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7343
6    Fax: (916) 324-5205
     E-mail: Joanna.Hood@doj.ca.gov
7  *Attorneys for Defendants Kernan, Ventura, Goss,
   Moody, Fiori, Wilson, California Department of
8  Corrections and Rehabilitation, Pfeiffer, and
   Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,** | 2:17-CV-01590 TLN KJN |
| Plaintiff, | **STIPULATION FOR SEVEN-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT; ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Plaintiff Cathy Simpson and Defendants Secretary Kernan, Warden Pfeiffer, Sergeant Moody, Officers Wilson and Fiori, Counselors Ventura and Goss, Lieutenant Phillips, and CDCR, through their counsel, respectfully stipulate to a seven-day extension of time for Defendants to respond to Plaintiff's amended complaint.

Defendants intend to file a motion to dismiss, and although the motion has been substantially drafted, more time is needed to complete it. The undersigned counsel for Plaintiff has agreed to this second extension of time for Defendants to file a motion to dismiss in order to

Stipulation for Seven-Day Extension of Time for Defendants to Respond to Plaintiff's Amended Complaint; Order
(2:17-CV-01590 TLN KJN)

1

exercise professional courtesy to opposing counsel, and because the undersigned has broached the subject to opposing counsel of Defendants forbearing from raising certain procedural issues in their motion that do not go to the substantive issues in this case, and opposing counsel represented to the undersigned that serious consideration would be given to this, including consideration of the interests of judicial economy and the time of counsel and the Court. Specifically, consideration will be given towards avoiding issues that result in what might be deemed a needless expenditure of time on certain issues. For e.g., the Eleventh Amendment sovereign immunity issue that Defendants previously raised in their original motion can be remedied easily by filing a second case in state court. However, counsel agrees this would not advance the interests of the parties or judicial efficiency. Neither side really wants to litigate two collateral cases, in two separate venues. Consequently, counsel for Defendants represented to the undersigned that, in view of the extension, consideration will be given towards forbearing from raising that issue and potentially other such issues, with an eye towards conserving the time of counsel and this Court, so such time can be reserved to litigate the merits of this case. Thus, counsel will meet and confer over certain arguments, including, but not limited to, the Eleventh Amendment sovereign immunity issue, and attempt to resolve them informally instead of in the motion.

      This would be Defendants' second extension of time. Defendants would respond to the amended complaint on or before March 2, 2018.

Dated:  February 23, 2018    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Joanna B. Hood*

JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, California Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

Dated:  February 23, 2018    Respectfully submitted,

LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Sanjay S. Schmidt*[*] (as authorized on 02/23/2018)

SANJAY S. SCHMIDT
*Attorney for Plaintiff Cathy Simpson*

**IT IS SO ORDERED.**

Dated: February 28, 2018

_____
Troy L. Nunley
United States District Judge

---

[*] Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

3