**Sanjay S. Schmidt | SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com
*Attorneys for Plaintiff*,
CATHY SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:17-CV-01590 TLN KJN<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |

　　Plaintiff Cathy Simpson and Defendants Secretary Kernan, Warden Pfeiffer, Sergeant Moody, Officers Wilson and Fiori, Counselors Ventura and Goss, Lieutenant Phillips, and CDCR, by and through their counsel, hereby respectfully stipulate as follows, and request that the current hearing date of June 28, 2018 be continued to September 20, 2018:

　　1. Defendants' motion to dismiss (Dkt. 24) is currently set to be heard on June 28, 2018;

1

Stipulation to Continue Hearing Date on Defendants' Motion to Dismiss
(2:17-CV-01590 TLN KJN)

2. The undersigned Plaintiff's counsel has a calendaring problem that has arisen regarding the hearing date of June 28, 2018; as such, counsel met-and-conferred, and of this Court's other, currently available hearing dates, September 20, 2018 was chosen as an appropriate replacement date based on counsels' calendars;

3. Accordingly, Plaintiff and Defendants hereby respectfully stipulate and request that the current hearing date of June 28, 2018 be continued to September 20, 2018, at 2:00 p.m., in Department 2.

Dated: June 6, 2018                                     Respectfully submitted,

                                                        XAVIER BECERRA
                                                        Attorney General of California
                                                        CHRISTOPHER J. BECKER
                                                        Supervising Deputy Attorney General

                                                        */s/ Joanna B. Hood*(as authorized on 06/06//2018)
                                                        JOANNA B. HOOD
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, California Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

Dated: June_6, 2018                                     Respectfully submitted,

                                                        LAW OFFICE OF SANJAY S. SCHMIDT

                                                        */s/ Sanjay S. Schmidt*
                                                        SANJAY S. SCHMIDT
                                                        *Attorney for Plaintiff Cathy Simpson*

---

* Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

2

**IT IS SO ORDERED.**

Dated: June 7, 2018

_Troy L. Nunley_
United States District Judge