UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY SIMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01590-TLN-KJN<br><br><br>ORDER |

On July 25, 2018, pursuant to the parties' request, the court conducted an informal telephonic discovery conference in this matter. Sanjay Schmidt appeared on behalf of plaintiff; Joanna Hood appeared on behalf of defendants; and non-party Joseph Dorsey appeared on his own behalf. After considering the arguments of counsel and Mr. Dorsey during the informal conference, IT IS HEREBY ORDERED that:

1. Within fourteen days of this order, defendant California Department of Corrections and Rehabilitation shall produce the central file of inmate Joseph Dorsey to plaintiff, subject to the terms of the stipulated protective order (ECF No. 27).

IT IS SO ORDERED.

Dated: July 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE