XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7343
 Fax: (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendants
Kernan, Ventura, Goss, Moody, Fiori, Wilson,
Department of Corrections and Rehabilitation,
Pfeiffer and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:17-CV-01590 TLN KJN<br><br>**STIPULATION FOR SCHEDULING SETTLEMENT CONFERENCE**<br><br>Date:　　　　December 11, 2018<br>Time:　　　　9:00<br>Courtroom:　25, 8th Floor<br>Judge:　　　The Honorable Kendall J. Newman<br>Trial Date:　Not set<br>Action Filed: July 31, 2017 |

/ / /

/ / /

/ / /

The parties, by and through their counsel, hereby stipulate to scheduling a settlement conference in this matter on December 11, 2018, at 9:00 a.m., before United States Magistrate Judge Kendall J. Newman.

The parties further respectfully stipulate and request, in order to conserve time and resources, and in order to further the interest of judicial economy, that the currently set hearing on Defendants' Rule 12(b)(6) motion to dismiss (ECF No. 24), set for September 20, 2018, at 2:00 p.m. (ECF No. 30), be taken off-calendar, and that any further action or deadlines associated with the motion be stayed, pending the outcome of the Settlement Conference; if litigation resumes following the Settlement Conference, the parties will file an appropriate stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 4, 2018          Law Office of Sanjay S. Schmidt

                                  */s/ Sanjay S. Schmidt*[1] (as authorized on 08/30/2018)

                                  SANJAY S. SCHMIDT
                                  *Attorney for Plaintiff Cathy Simpson*

Dated: September 4, 2018          XAVIER BECERRA
                                  Attorney General of California
                                  CHRISTOPHER J. BECKER
                                  Supervising Deputy Attorney General

                                  */s/ Joanna B. Hood*

                                  JOANNA B. HOOD
                                  Deputy Attorney General
                                  *Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

---

[1] Pursuant to Local Rule 131(e), Plaintiff's counsel has authorized submission of this document on his behalf.

2

Stipulation for Scheduling Settlement Conference (2:17-CV-01590 TLN KJN)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This matter shall be set for a Settlement Conference, to be held before the Hon. U.S. Magistrate Judge Kendall J. Newman, on December 11, 2018, at 9:00 a.m. Furthermore, in the interest of judicial economy and conservation of the parties' time and resources, the currently set hearing on Defendants' Rule 12(b)(6) motion to dismiss (ECF No. 24), set for September 20, 2018, at 2:00 p.m. (ECF No. 30), shall be taken off-calendar, and any further action or deadlines associated with the motion shall be stayed, pending the outcome of the Settlement Conference; if litigation resumes following the Settlement Conference, the parties shall file an appropriate stipulation.

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge