1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MICHELLE L. ANGUS, State Bar No. 210031
   Supervising Deputy Attorney General
3  JOANNA B. HOOD, State Bar No. 264078
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7343
6   Fax:  (916) 324-5205
    E-mail:  Joanna.Hood@doj.ca.gov
7  *Attorneys for Defendants*
   *Kernan, Ventura, Goss, Moody, Fiori, Wilson,*
8  *Department of Corrections and Rehabilitation,*
   *Pfeiffer and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:17-CV-01590 TLN KJN<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:　　　　February 19, 2019<br>Time:　　　　9:00<br>Courtroom:　25, 8th Floor<br>Judge:　　　The Honorable Kendall J. Newman<br>Trial Date:　Not set<br>Action Filed:　July 31, 2017 |

/ / /

/ / /

/ / /

1     The parties, by and through their counsel, hereby stipulate to continuing the settlement

2 conference in this matter, currently scheduled for December 11, 2018, at 9:00 a.m., to February

3 19, 2019, at 9:00 a.m., before United States Magistrate Judge Kendall J. Newman. Counsel has

4 consulted with Judge Newman's chambers to confirm his availability for the continued date.

5     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6 Dated: November 21, 2018                                     Law Office of Sanjay S. Schmidt

*/s/ Sanjay S. Schmidt* (as authorized on 11/21/2018)

SANJAY S. SCHMIDT
*Attorney for Plaintiff Cathy Simpson*

Helm Law Office, PC

*/s/ T. Kennedy Helm*[1] (as authorized on 11/21/2018)

T. KENNEDY HELM
*Attorney for Plaintiff Cathy Simpson*

Dated: November 26, 2018                                     XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Joanna B. Hood*

JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

---

[1] Pursuant to Local Rule 131(e), Plaintiff's counsel has authorized submission of this document on their behalf.

2

Stipulation and Order to Continue Settlement Conference (2:17-CV-01590 TLN KJN)

**ORDER**

The Settlement Conference in this matter shall be continued to February 19, 2019, at 9:00 a.m., in Courtroom 25, before the Honorable United States Magistrate Judge Kendall J. Newman.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 27, 2018

                                                  Troy L. Nunley
                                                  United States District Judge