1. XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2. CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
3. JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
4. 1300 I Street, Suite 125
P.O. Box 944255
5. Sacramento, CA 94244-2550
Telephone: (916) 210-7343
6. Fax: (916) 324-5205
E-mail: Joanna.Hood@doj.ca.gov
7. *Attorneys for Defendants*
*Kernan, Ventura, Goss, Moody, Fiori, Wilson,*
8. *Department of Corrections and Rehabilitation,*
*Pfeiffer and Phillips*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CATHY SIMPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:17-CV-01590 TLN KJN<br><br>**STIPULATION AND TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: May 8, 2019<br>Time: 9:00<br>Courtroom: 25, 8th Floor<br>Judge: The Honorable Kendall J. Newman<br>Trial Date: Not set<br>Action Filed: July 31, 2017 |

/ / /

/ / /

/ / /

The parties, by and through their counsel, hereby stipulate to continuing the settlement conference in this matter, currently scheduled for February 19, 2019, at 9:00 a.m., to May 8, 2019, at 9:00 a.m., before United States Magistrate Judge Kendall J. Newman. Counsel has consulted with Judge Newman's chambers to confirm his availability for the continued date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 6, 2019

Law Office of Sanjay S. Schmidt

*/s/ Sanjay S. Schmidt* (as authorized on 02/06/2019)

SANJAY S. SCHMIDT
*Attorney for Plaintiff Cathy Simpson*

Helm Law Office, PC

*/s/ T. Kennedy Helm*[1] (as authorized on 02/06/2019)

T. KENNEDY HELM
*Attorney for Plaintiff Cathy Simpson*

Dated: February 7, 2019

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Joanna B. Hood*

JOANNA B. HOOD
Deputy Attorney General
*Attorneys for Defendants Kernan, Ventura, Goss, Moody, Fiori, Wilson, Department of Corrections and Rehabilitation, Pfeiffer, and Phillips*

---

[1] Pursuant to Local Rule 131(e), Plaintiff's counsel has authorized submission of this document on their behalf.

2

**ORDER**

The Settlement Conference in this matter shall be continued to May 8, 2019, at 9:00 a.m., in Courtroom 25, before the Honorable United States Magistrate Judge Kendall J. Newman.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 11, 2019

_____
Troy L. Nunley
United States District Judge